# EXHIBIT F

Case 2:16-cv-00532-JLR   Document 1-6   Filed 04/13/15   Page 1 of 3

**Pipesdaddy.com - $19.99 – Purchased 6.30.14 – BLANK ARRIVED**
http://www.pipesdaddy.com/Solo-Pipe-p/mp-0002.htm
E-mail Address: sales@pipesdaddy.com
Mailing Address: - North West Distributor, 21707 66th Ave West, Mountlake Terrace, WA 98043 Phone Number: 425-673-6061
(11AM-2PM PST)




# Pipesdaddy.com






